IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:05-CR-102-1H

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | **ORDER** |
| REGINALD WALKER JR., | |
| Defendant. | |

Upon the request of defendant and for good cause shown, pursuant to 18 U.S.C. § 3583(e)(1), it is ordered that the defendant be discharged from supervision and that the proceedings be terminated.

This the 29th day of October 2014.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#26